UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 06-234 PAM/SRN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| v. | ) | CONTINUANCE AND |
| | ) | FINDING OF EXCLUDABLE |
| RONNIE JAMES WAGNER, | ) | DELAY |
| | ) | |
| Defendant. | ) | |

Upon the application of the defendant and for good cause shown, the time period from the date of the filing of defendant's motion for a continuance to October 30, 2006, is hereby excluded from the calculation under the Speedy Trial Act and the Court finds that this action serves the ends of justice and outweighs the interest of the public and defendant in a speedier trial based upon all the factors contained in 18 U.S.C. § 3161(h)(8)(B).

Dated: September  16 , 2006

s/Paul A. Magnuson
Honorable Paul A. Magnuson
United States District Court Judge