UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Ronnie James Wagner,                                              Criminal No. 06-234 (PAM)

Petitioner,

v.                                                                              **ORDER**

United States of America,

Respondent.

This matter is before the Court on the Petition for a Writ of Habeas Corpus filed by

Ronnie James Wagner (Docket No. 39).  Pursuant to the Rules 4(b) and 5(d) of the Rules

Governing Section 2255 Proceedings for the United States District Courts, **IT IS HEREBY**

**ORDERED** that:

1.     The Government shall respond to the Petition on or before Friday, August 22,

       2008; and

2.     Wagner may file a reply no later than Friday, September 5, 2008.

Dated:   July 22, 2008

                                                              s/Paul A. Magnuson
                                                              Paul A. Magnuson
                                                              United States District Court Judge